William P. Graef and another, Respondents, v. Frank C. Porter and another, Appellants. — Judgment affirmed, without costs.

Mary Eliza Hines, Plaintiff, v. Helen Speer, Defendant. — Three other cases. — Order confirming referee's report on accounting affirmed, with costs. Order as to compensation to receiver's counsel modified.

The People of the State of New York ex rel. The Merchants' National Bank v. The Board of Aldermen. — Order on which the appeal has been taken reversed, without costs. Opinion by Daniels, J.

## SECOND DEPARTMENT, JULY TERM, 1886.

Samuel C. Root, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Maria L. Hood v. John N. Hayward. — Order reversed and proceedings stayed upon condition that defendant give a bond, with two sureties in the sum of $12,000, to pay any judgment awarded against him. Opinion by Cullen, J.; Dykman, J., not sitting.

William W. Rope and others v. Augusta G. Van Wagner. — Judgment and order denying new trial affirmed, with costs. Opinions by Barnard, P. J., and Cullen, J.

Mansfield Compton, Appellant, v. The Long Island Railroad Company, Respondent.—Judgment affirmed, with costs. Opinion by Dykman, J.

Thomas Brooks, Appellant, v. The Brooklyn City Railroad Company, Respondent. — Appeal discontinued. Cullen, J., not sitting.

Levi Pulver, Appellant, v. George Younghanse, Respondent. — Order and judgment modified by dismissing the complaint, with costs, on first cause of action and as modified affirmed, with costs. Opinion by Cullen, J.

Josiah Partridge, v. Benjamin C. Odell. — Judgment reversed and new trial granted, costs to abide event, unless defendant stipulates to reduce the verdict from $400 to $100, in which case the verdict, as modified by stipulation, is affirmed, without costs of appeal. Opinion by Barnard, P J.

Joseph Robinson, v. Honora Moran. — Order affirmed, with costs and disbursements. Opinion by Cullen, J.

Henry W. Whittemore, Respondent, v. James B. Beers and another, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Isaac Weeks, Respondent, v. John G. Alport and others, Appellants. — Judgment and order denying new trial affirmed, with costs, and motion to dismiss appeal denied. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Louis Hunt, Appellant, v. James D. Avery, Respondent. — Motion denied, with ten dollars costs. Opinion by Cullen, J.

John R. Hinz, Administrator, Appellant, v. John H. Starin, Respondent. — Order changing place of trial reversed, with costs and disbursements, and motion denied. Opinion by Barnard, P. J.; Cullen, J., not sitting.

In the Matter of Probate of William Smith's Will. — Decree of surrogate admitting will to probate affirmed, with costs. Opinion by Cullen, J.

In the Matter of the Application of Commissioners of Brooklyn. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Benjamin Fitch, Respondent, v. Patrick McMahon, Appellant. — Order denying motion to vacate order of arrest affirmed, with costs, with leave to appellant to move to reduce bail. Opinion by Cullen, J.

John F. Coffin, Respondent, v. Felix Hickey, Appellant. — Motion denied. with ten dollars costs. Opinion by Barnard, P. J.

Alfrederic S. Hatch, Respondent, v. Henry Y. Attrill and another, Appellants. — Judgment and order denying new trial affirmed, with costs, and order refusing to set aside verdict for irregularity affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Annie H. Jackson, Appellant, v. Philip Weeks and others, Respondents. — Order sustaining demurrer and judgment therein affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Stephen D. Simonson, Executor, etc., Respondent, v. The New York City Insurance Company, Appellant. — Judgment and part of order appealed from reversed, with costs to abide event, and new trial granted. — Order of referee vacated. Opinion by Cullen, J.

George R. Alexander, Respondent, v. Samuel G. Alexander, Appellant. — Motion to dismiss appeal denied. — Judgment modified in accordance with opinion. — Order to be settled by Justice Barnard. Opinion by Barnard, P. J.; Cullen, J., not sitting.

The People of the State of New York ex rel. Henry Pennie v. The Fire Commissioners of the City of Brooklyn. — Judgment affirmed, with costs. Opinion by Cullen, J.

Eva E. Tompkins, Appellant, v. Henry P. Allen and others, Respondents. — Decree of surrogate modified in accordance with opinion. — Order to be settled by Justice Barnard. Opinion by Barnard, P. J.

Edwin M. Scott, Respondent, v. Austin C. Fitzpatrick and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

In the Matter of the Petition of George Bradish.— Order affirmed, with costs and disbursements. Opinion by Cullen, J.

In the Matter of the Petition of Frederic Bowne.— Order reversed and assessment reduced to $6,500. Opinion by Cullen, J.

Lydia P. Valentine and another, Appellants, v. James E. Valentine, Respondent.—Order refusing probate to paper proposed as a codicil reversed and issues to be heard in the Circuit Court of Queens county; question of costs reserved. Opinion by Dykman, J.; Cullen, J., dissenting.

Harriet Egan, Administratrix, Appellant, v. Theron Kelsey and others, Respondents.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Philip Cabot, Respondent, v. James McKane, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., dissenting.

George B. Collyer, Appellant, v. Charles S. Collyer and others, Respondents. — Decree of surrogate refusing probate to a paper alleged to be a last will affirmed, with costs. Opinion by Cullen, J.

William A. Owens v. Anthony Kling. — Motion for reargument granted, without costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Frank H. W. Quin and others, Appellants, v. Francis C. Hill and another, Executors, etc., Respondents. — Part of surrogate's decree appealed from affirmed, with costs to respondent out of the estate. Opinion by Dykman, J.

Edwin P. Carpenter, Respondent, v. Andrew H. Hammond, Appellant. — Order overruling demurrer to complaint affirmed, with costs. Opinion by Barnard, P. J.